

AXK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:25-cr-00488
Judge Jeremy C. Daniel
Magistrate Judge Young B. Kim
RANDOM / Cat. 2

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 25 CR 488 |
| v. | |
| IVAN HERNANDEZ | Violations: Title 18, United States Code, Sections, 2251(a) and 2252A(a)(2)(A) |

## COUNT ONE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about September 2, 2024, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a file titled "b~EiQSFUVLSFVNM0NYTGtrVWxLR0NvcXNhVxoAGgAyAVJIAlAEYAE" and a file titled "b~EiQSFWh1cld5OUY3TkVobUVBVmp2Q3BiRxoAGgAyAVJIAlAEYAE" which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## **COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY charges:

On or about September 2, 2024, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled "b~EiQSFUVLSFVNM0NYTGtrVWxLR0NvcXNhVxoAGgAyAVJIAlAEYAE" and a file titled "b~EiQSFWh1cld5OUY3TkVobUVBVmp2Q3BiRxoAGgAyAVJIAlAEYAE" using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

2

3

## COUNT THREE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about March 17, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a file titled "snap~media_v4~2025-03-17-00-01-35UTC~[Minor C]~senorslight1~saved~b~EiASFWtFUlRNTGlHV2tJZTJnekVzRGVKUjIBT0gCUARgAQ~v4.mp4" and a file titled "snap~media_v4~2025-03-17-00-02-56UTC~[Minor C]~senorslight1~saved~b~EiASFXU0akNrRk10a0dIdEhtRmJVNWRCRjIBT0gCUARgAQ~v4.jpeg" which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT FOUR**

The SPECIAL MAY 2024 GRAND JURY charges:

On or about March 17, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled "snap~media_v4~2025-03-17-00-01-35UTC~[Minor C]~senorslight1~saved~b~EiASFWtFUlRNTGlHV2tJZTJnekVzRGVKUjIBT0gCUARgAQ~v4.mp4" and a file titled "snap~media_v4~2025-03-17-00-02-56UTC~[Minor C]~senorslight1~saved~b~EiASFXU0akNrRk10a0dIdEhtRmJVNWRCRjIBT0gCUARgAQ~v4.jpeg" using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

4

## COUNT FIVE

The SPECIAL MAY 2024 GRAND JURY charges:

On or about April 10, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a file titled "snap~media_v4~2025-04-10-00-40-45UTC~[Minor C]~senorslight1~saved~b~EiASFXYySlhaSjJnaVhGczBhVG9laUowczIBT0gCUARgAQ~v4.jpeg" and a file titled "snap~media_v4~2025-04-10-00-43-03UTC~[Minor C]~senorslight1~saved~b~EiASFWhYSExkcVF6aWRvRUNYdUtialNvVjIBT0gFUARgAQ~v4.mp4" which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## **COUNT SIX**

The SPECIAL MAY 2024 GRAND JURY charges:

On or about April 10, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled "snap~media_v4~2025-04-10-00-40-45UTC~[Minor C]~senorslight1~saved~b~EiASFXYySlhaSjJnaVhGczBhVG9laUowczIBT0gCUARgAQ~v4.jpeg" and a file titled "snap~media_v4~2025-04-10-00-43-03UTC~[Minor C]~senorslight1~saved~b~EiASFWhYSExkcVF6aWRvRUNYdUtialNvVjIBT0gFUARgAQ~v4.mp4" using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

6

**COUNT SEVEN**

The SPECIAL MAY 2024 GRAND JURY charges:

On or about May 3, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly employed, used, persuaded, induced, enticed, and coerced a minor, namely, Minor C, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, namely, a file titled "snap~media_v4~2025-05-03-16-31-11UTC~[Minor C]~senorslight1~saved~b~EiASFVJWQ29sektFRWRVT0QwQWJGWE5VVTIBT0gCUARgAQ~v4.jpeg" which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT EIGHT**

The SPECIAL MAY 2024 GRAND JURY charges:

On or about May 3, 2025, at Elgin, in the Northern District of Illinois, Eastern Division, and elsewhere,

IVAN HERNANDEZ,

defendant herein, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, a file titled "snap~media_v4~2025-05-03-16-31-11UTC~[Minor C]~senorslight1~saved~b~EiASFVJWQ29sektFRWRVT0QwQWJGWE5VVTIBT0gCUARgAQ~v4.jpeg" using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**FORFEITURE ALLEGATION**

The SPECIAL MAY 2024 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A and/or in violation of Title 18, United States Code, Section 2251, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains a visual depiction described in Title 18, United States Code, Sections 2251 or 2252A; any property constituting or traceable to gross profits or other proceeds obtained from such offenses; and any property used or intended to be used to commit or to promote the commission of such offenses.

2. The property to be forfeited includes but is not limited to the following: one Apple iPhone Xr, serial number DX3CKFMZKXKN, IMEI 356442108256250.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON